Geraghty et al. v. Hackley.

JOHN GERAGHTY ET AL., PLAINTIFFS IN ERROR, v. ED-
WARD M. HACKLEY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For proceedings in this case and opinion of the court below,
see 5 *Vroom* 332.

For the plaintiffs in error, *J. Linn* and *R. Gilchrist*, **Attor-**
ney-General.

For the defendant in error, *I. W. Scudder.* ·

The opinion of the court was delivered by

THE CHANCELLOR.     For the reason stated in the opinion
of the Supreme Court, that the amount recovered in the court
below was a tonnage duty imposed by the state on vessels
engaged in commerce, and therefore prohibited by the federal
constitution, the judgment of the Supreme Court is affirmed.
We agree with that court in holding that the imposition in
this case is a tonnage duty, and that such duty, when imposed
by a state, is unconstitutional.    With these views, it is not
necessary for us to express any opinion on the other grounds
upon which the decision of that court is based.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
DEPUE, SCUDDER, VAN SYCKEL, WOODHULL, CLEMENT,
DODD, LATHROP, OGDEN, OLDEN, WALES.    12.

*For reversal*—None.

CITED in *Geraghty* v. *McMicker*, 8 *Vr.* 530.